B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Double Eagle Office Building. L.C.**
                                                       Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)  Name of creditor and complete mailing address including zip code | (2)  Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)  Nature of claim (trade debt, bank loan, government contract, etc.) | (4)  Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)  Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Anything with Plants and Flowers  PO Box 24392  Jacksonville, FL 32241 | Anything with Plants and Flowers  PO Box 24392  Jacksonville, FL 32241 | | | 46.17 |
| Buchanan Sign & Flag Center  6755 Beach Blvd  Jacksonville, FL 32216 | Buchanan Sign & Flag Center  6755 Beach Blvd  Jacksonville, FL 32216 | | | 72.23 |
| Cleaning Tech's Inc.  PO Box 350867  Jacksonville, FL 32235 | Cleaning Tech's Inc.  PO Box 350867  Jacksonville, FL 32235 | | | 2,448.20 |
| FL Dept of Revenue  5050 W. Tennessee St  Tallahassee, FL 32399 | FL Dept of Revenue  5050 W. Tennessee St  Tallahassee, FL 32399 | Sales Tax for Rent | | 1,292.00 |
| Jacksonville Elevator Company  7167 Jones Rd  Jacksonville, FL 32219 | Jacksonville Elevator Company  7167 Jones Rd  Jacksonville, FL 32219 | | | 145.00 |
| Massey Services  PO Box 547668  Orlando, FL 32854-7668 | Massey Services  PO Box 547668  Orlando, FL 32854-7668 | | | 56.18 |
| Nanak's Landscaping Grounds  PO Box 521085  Longwood, FL 32752 | Nanak's Landscaping Grounds  PO Box 521085  Longwood, FL 32752 | Landscaping | | 700.00 |
| Optima Security Inc.  8725 Youngerman CT  Suite 106  Jacksonville, FL 32244 | Optima Security Inc.  8725 Youngerman CT  Suite 106  Jacksonville, FL 32244 | | | 128.70 |
| Secure One Protection Services  1400 N Providence RD  #3055  Media, PA 19063 | Secure One Protection Services  1400 N Providence RD  #3055  Media, PA 19063 | | | 329.36 |
| St. John's County Utility Dept  PO Drawer 3006  Saint Augustine, FL 32085 | St. John's County Utility Dept  PO Drawer 3006  Saint Augustine, FL 32085 | | | 231.72 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Double Eagle Office Building. L.C.**    Case No. _____
        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Stutsman, Thames & Markey<br>50 North Laura Street<br>Suite 1600<br>Jacksonville, FL 32202 | Stutsman, Thames & Markey<br>50 North Laura Street<br>Suite 1600<br>Jacksonville, FL 32202 | Legal Services | | 2,826.53 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 1, 2009**          Signature _____
                                         Weisman, William S.
                                         Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.